NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON E. BAIN, )
)
      Appellant, )
)
v. )      Case No. 2D18-4991
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

Jason E. Bain, pro se.

PER CURIAM.

      Affirmed.  See State v. Larzelere, 979 So. 2d 195 (Fla. 2008); State v. Roby, 246 So. 2d 566 (Fla. 1971); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Woodberry v. State, 193 So. 3d 5 (Fla. 4th DCA 2016); Lopez v. State, 833 So. 2d 283 (Fla. 5th DCA 2002); Roberts v. State, 813 So. 2d 1016 (Fla. 1st DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.